— Judgment affirmed, with costs. Memorandum: We concur in the reasoning of the opinion of the Court of Claims, and place bur affirmance on the authority of Electric Bond & Share Co. v. State of New York (249 App. Div. 371; affd., 274 N. Y. 625); Hudson & Manhattan R. R. Co. v. State of New York (227 id. 233); People v. Duffy-Mclnnerny Co. (122 App. Div. 336; affd., 193 N. Y. 636), and Phelps-Stokes Estates, Inc., v. Nixon (222 id. 93). All concur. (The judgment is for claimant on a claim against the State for stock transfer tax illegally paid.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ. [169 Misc. 703.]